JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., | Case No. 2:10-cv-05968-PA-JC |
| Plaintiff, | JUDGMENT |
| vs. | |
| ANA RAMOS, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that pursuant to Rule 68 of the Federal Rules of Civil Procedure judgment be entered against Defendant Ana Ramos, individually and d/b/a Little San Salvador Restaurant; and Microself, Inc., an unknown business entity d/b/a Little San Salvador Restaurant jointly and severally and in favor of Plaintiff Integrated Sports Media, Inc. in the sum of $5,001.00 (Five Thousand One Dollar and No Cents), inclusive of recoverable costs and attorneys' fees.

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $5,001.00.

**IT IS SO ORDERED**:

_____        Dated: March 14, 2011
**The Honorable Percy Anderson**
**United States District Court**
**Central District of California**

JUDGMENT (PROPOSED)
CASE NO. 2:10-CV-05968-PA-JC